IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00297-WYD-MEH

DOROTHY KELLY,

    Plaintiff,

v.

PALISADES COLLECTION, LLC, a Delaware Limited Liability Company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of the *Amended* Motion for Judgment on the Pleadings or Alternatively for Summary Judgment, on April 20, 2012, the Motion for Judgment on the Pleadings or Alternatively for Summary Judgment, filed April 19, 2012 [ECF No. 13] is **DENIED AS MOOT**.

    Dated:  April 20, 2012.