IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00297-WYD-MEH

DOROTHY KELLY,

    Plaintiff,

v.

PALISADES COLLECTION, LLC, a Delaware limited liability company,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2012.**

    Before the Court is Defendant's Motion to Stay [filed April 20, 2012; docket #15]. The Court discussed the motion with the parties at the Scheduling Conference held in this case on April 23, 2012. For the reasons described on the record, Defendant's motion is **granted** as follows. The Court will impose a temporary stay of discovery pending the completion of briefing on Defendant's Amended Motion for Judgment on the Pleadings or Alternatively for Summary Judgment [docket #14]. After all briefing has been submitted, the Court will reconsider whether a continued stay is warranted.