IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00297-WYD-MEH

DOROTHY KELLY,

   Plaintiff,

v.

PALISADES COLLECTION, LLC, a Delaware Limited Liability Company,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (ECF No. 25).   After carefully reviewing the file in this matter, I find that the motion should be granted pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 25) is **GRANTED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:   June 19, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE